1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| QRP MERIDIAN LLC, an Oregon limited liability company, | ) ) | No. C08-5030JKA |
|---|---|---|
| Plaintiff/ Counterclaim defendant, | ) ) ) ) | STIPULATION AND ORDER REGARDING PRE-TRIAL DEADLINES |
| v. | ) ) | |
| BLOCKBUSTER, INC., a Delaware corporation, | ) ) | |
| Defendant/ Counterclaim plaintiff. | ) ) | |

16

**STIPULATION**

17    Pursuant to the stipulation of the parties the following pre-trial deadlines are modified

18    from the Court's Scheduling Order (Dkt #8):

19
20    Last day to complete mediation per Local Rule CR 39 (1)(c)          1/30/09

21    Plaintiff's Pretrial Statement                                      2/2/09

22    Defendant's Pretrial Statement                                      2/12/09

23
24
25
26
27

STIPULATION AND ORDER (C08-5030JKA) — 1
**Error! Unknown document property name.**

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

All other dates in the Scheduling Order shall remain unchanged.

DATED this 5th day of January, 2009.

Davis Wright Tremaine LLP                     Lane Powell PC
Attorneys for Plaintiff QRP Meridian LLC      Attorneys for Defendant Blockbuster, Inc.

By *s/ Charles S. Wright*                      By *s/ Andrew G. Yates*
   Charles S. Wright, WSBA #31940               Grant S. Degginger, WSBA #15261
   1201 Third Avenue, Suite 2200                Andrew G. Yates, WSBA #34239
   Seattle, WA 98101                            1420 Fifth Avenue, Suite 4100
   Telephone: (206) 757-8175                    Seattle , WA  98101-2338
   Fax: (206) 757-7175                          Phone:  (206) 223-7000
   E-mail: charleswright@dwt.com                Fax:  (206) 223-7107
                                  Email:  deggingerg@lanepowell.com
                                  Email:  YatesA@LanePowell.com

## ORDER

Upon the foregoing Stipulation, it is so ORDERED.

DATED this 7th day of January, 2009.

                        */s/ J. Kelley Arnold*
                        J. Kelley Arnold, U.S. Magistrate Judge

STIPULATION AND ORDER (C08-5030JKA) — 2
**Error! Unknown document property name.**