The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| QRP MERIDIAN LLC, an Oregon limited liability company, | ) ) ) | No. C08-5030JKA |
| Plaintiff/ Counterclaim Defendant, | ) ) | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| v. | ) ) | **CLERK'S ACTION REQUIRED** |
| BLOCKBUSTER, INC., a Delaware corporation, | ) ) | |
| Defendant/ Counterclaim Plaintiff. | ) | |

## I.  STIPULATION

The parties hereto by and through their attorneys stipulate that: The matter having been fully compromised and settled, this action and all claims and counterclaims herein by either party may be dismissed with prejudice and without fees or costs to any party.

DATED this 20th day of March, 2009.

Davis Wright Tremaine LLP
Attorneys for Plaintiff

By  */s Charles S. Wright*
    Charles S. Wright, WSBA #31940
    1201 Third Avenue, Suite 2200
    Seattle, WA  98101-3045
    Telephone: (206) 622-3150
    Email:  charleswright@dwt.com

Lane Powell PC
Attorneys for Defendant

By  */s Andrew G. Yates*
    Grant S. Degginger, WSBA #15261
    Andrew Gordon Yates, WSBA #34239
    1420 Fifth Avenue, Suite 4100
    Seattle, WA 98101-2338
    Telephone:  (206) 223-7000
    Email:  deggingerg@lanepowell.com
          yatesa@lanepowell.com

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699

## II.  ORDER

This matter having come before the undersigned Judge of the above-entitled Court upon the above and foregoing stipulation, and the Court being fully advised, now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that all claims and counterclaims herein are dismissed with prejudice and without fees or costs to any party.

DONE IN OPEN COURT this 23rd day of March, 2009.

*/s/ J. Kelley Arnold*
The Honorable J. Kelley Arnold
United States Magistrate Judge

Presented by:

Davis Wright Tremaine LLP
Attorneys for Plaintiff


By *s/ Charles S. Wright*
    Charles S. Wright, WSBA No.31940

Approved as to Form;
Notice of Presentation Waived:

Lane Powell PC
Attorneys for Defendant


By *s/ Andrew G. Yates*
    Grant S. Degginger, WSBA #15261
    Andrew G. Yates, WSBA #34239

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE (C08-5030JKA) - 2